# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2014

148575

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ROSA SHARIE WATSON,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148575
COA: 307741
Wayne CC: 11-006082-FH

On order of the Court, the application for leave to appeal the December 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J. I would reverse the Court of Appeals' reversal of defendant's jury-trial convictions for first-degree arson of a dwelling, MCL 750.72, and fourth-degree arson of insured property, MCL 750.75, for the reasons set forth by the dissenting judge in the Court of Appeals. See *People v Watson*, unpublished opinion per curiam of the Court of Appeals, issued December 12, 2013 (Docket No. 307741) (O'CONNELL, J., dissenting).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2014



h0422

Clerk